**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

FILED
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA, FLORIDA

1/12/2022
1409

Carmine bynes
_____
Plaintiff

vs.                                    Case Number: 5:22-cv-16-GAP-PRL

Save-a-lot
_____
Defendant


grocery store
_____
(Title of Document)

The milk at save lot is not good its bone matter plus hot dogs and meat they said is human matter and the ice cream is not good their is no cattle farms or chicken

sincerly
carmine byner

were trying to sue them for a billion dollars

Carmine bynes
Name

108 N Pine ave
Street Address

Ocala Fl 34475
City, State, Zip Code

_____
Telephone Number