# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

Carmine Byrnes
_____
Plaintiff

vs.

Case Number: 5:22-cv-16-GAP-PRL

Save-a-lot
_____
Defendant

amended to motion
(Title of Document)

FILED
2022 JAN 26 PM 8:03
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

this the amended to motion
for save-a-lot- on form to
waive court fees filling for indigent
status to approve need any
assets of company on hot dogs

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Carmine bynes
Name

108 N Pine ave
Street Address

Ocala fl 34475
City, State, Zip Code

_____
Telephone Number